IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ZACHARY LEE VANDERMUSS,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                          13-cv-88-wmc

SCOTT PARKS, MARATHON COUNTY
ADULT DETENTION FACILITY, JOHN
DOE 1-3, JANE DOE 1 and SUPERVISOR,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

    /s/                                                                  10/17/2013
Peter Oppeneer, Clerk of Court                        Date